**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-08925-JPC |
| | § | |
| ROGER A BROOKS | § | |
| CASSANDRA L BROOKS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604.

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/17/2011, in Courtroom 619, United States Courthouse, 19 South Dearborn Street, Chicago, IL 60604.. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/22/2011     By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-08925-JPC |
| | § | |
| ROGER A BROOKS | § | |
| CASSANDRA L BROOKS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $1,500.43
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $1,500.43

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,500.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $375.09 | $0.00 | $375.09 |
| David Leibowitz, Trustee Expenses | $69.34 | $0.00 | $69.34 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $694.43
Remaining balance: $806.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $806.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $806.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,143.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ComEd Co. | $342.54 | $0.00 | $53.68 |
| 2 | Chase Bank USA NA | $831.27 | $0.00 | $130.26 |
| 3 | Chase Bank USA NA | $3,015.97 | $0.00 | $472.60 |
| 4 | Verizon Wireless | $953.80 | $0.00 | $149.46 |

|  | Total to be paid to timely general unsecured claims: | $806.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 1                   Date Rcvd: Feb 23, 2011
Case: 09-08925                 Form ID: pdf006             Total Noticed: 26
```

The following entities were noticed by first class mail on Feb 25, 2011.
```
db/jdb       +Roger A Brooks,    Cassandra L Brooks,    3674 Lake Street, W,    Lansing, IL 60438-2471
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty          +Edwin L Feld,    Edwin L Feld & Associates, LLC,    29 South LaSalle Street Suite 328,
               Chicago, IL 60603-1553
aty          +John Eggum,    LakeLaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13653081    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Card Services,    P.O. Box 660509,
               Dallas, TX 75266-0509)
13653064      Capital One,    P.O Box 60000,    Seattle, WA 98190-6000
13653065     +Chase,   600 Market St,    PO Box 15005,    Wilmington, DE 19894-0001
13653066     +Chase,   6350 Laurel Canyon,    Hollywood, CA 91606-3200
15324334      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13653067     +Citibank,    14700 Citicorp Dr,    Hasgerstown, MD 21742-2205
13653069     +Dell Fin Svcs,    12234 NIH 35 Bldg B,    Austin, TX 78753-1705
13653070      First National Bank Marin,    PO Box 660001,    Dallas, TX 75266
13653071      First Premier Bank,    PO Box 5114,    Sioux Falls, SD 57117-5114
13653074     +Household Bank,    100 Mittlel Dr,    Wood Dale, IL 60191-1127
13653075      Illinois Tollway Authority,    P.O. Box 5201,    Lisle, IL 60532-5201
13653076     +Linway Estates,    2836 E. Lincoln Hwy,    Chicago Heights, IL 60411-7722
13653077     +Nextel,   333 Inverness Dr South,    Englewood, CO 80112-5882
13653079     +St Margaret Mercy Hospital,    5454 Hohman Ave,    Hammond, IN 46320-1999
```

The following entities were noticed by electronic transmission on Feb 23, 2011.
```
13821793     +E-mail/Text: legalcollections@comed.com                            ComEd Co.,   2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
13653068     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               PO Box 767,   Chicago, IL 60690-0767
13653072      E-mail/Text: collections@accesshorizon.com                         Horizon Bank,   PO Box 800,
               Michigan City, IN 46361
13653073      E-mail/Text: collections@accesshorizon.com                         Horizon Bank, NA,
               502 Franklin Sq.,    Michigan City, IN 46360
13653078     +E-mail/Text: bankrup@nicor.com                          NICOR,   Bankruptcy & Collections,
               PO Box 549,   Aurora, IL 60507-0549
15629338     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2011 00:32:45      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
13653080     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2011 00:22:53      Verizon Wireless,
               1515 Woodfield Rd, Ste 1400,    Schaumburg, IL 60173-5497
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Jonathan T Brand
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 25, 2011**               **Signature:**      *Joseph Speetjens*